IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JULIA B. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv21-MEF |
| | ) | (WO) |
| LT. HAWTHORNE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on April 11, 2007, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The motion for summary judgment filed by defendants (Doc. # 13) is GRANTED.

2. Judgment is GRANTED in favor of defendants against plaintiff;

3. This case is DISMISSED with prejudice; and

4. The costs of this proceeding are TAXED against plaintiff for which execution may issue.

Done this the 1st day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE